UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO CASTANEDA and THELMA ROSSIO NOLASCO, individually and on behalf of all other persons similarly situated,

                        Plaintiffs,

   -v-

861 REST. INC. d/b/a PARK CAFÉ, CHRISTOS AVERKIOU, and SOFOKELIS DERTOUZOS, jointly and severally,

                        Defendants.

CIVIL ACTION NO.: 21 Civ. 7269 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 19). Accordingly, a Telephone Conference to schedule a Settlement Conference is scheduled for **Thursday, February 17, 2022 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The parties shall be prepared to discuss their availability, and that of their clients, for a Settlement Conference, as well as their preferred format for the Settlement Conference (in-person, by telephone, or by videoconference hosted either by the Court on Microsoft Teams or by the parties on an alternative platform).

Dated: New York, New York
January 5, 2022

SO ORDERED.

_____
SARAH L. CAVE
United States Magistrate Judge

2