UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO CASTANEDA and THELMA ROSSIO
NOLASCO, individually and on behalf of all other
persons similarly situated,

                                    Plaintiffs,

            -v-

861 REST. INC. d/b/a PARK CAFÉ, CHRISTOS
AVERKIOU, and SOFOKELIS DERTOUZOS, jointly and
severally,

                                    Defendants.

CIVIL ACTION NO.: 21 Civ. 7269 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court held a telephone conference today, February 17, 2022 (the "Conference")
concerning the scheduling of a settlement conference in this action.  Pursuant to the Court's
rulings at the Conference, the Court Orders as follows:

1) Defendant's counsel, Vassilios Proussalis, shall file a notice of appearance in this
   action today.

2) Defendants' answer shall be filed by **February 23, 2022**.

3) The parties shall file a joint letter by no later than **April 22, 2022** addressing whether
   it would be productive for the Court to schedule a settlement conference.  Should the
   parties determine earlier that a settlement conference would be productive, the
   Court encourages them to update the Court <u>as soon as possible</u> to facilitate prompt
   scheduling.

Dated:      New York, New York
            February 17, 2022

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**