UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO CASTANEDA and THELMA ROSSIO NOLASCO, individually and on behalf of all other persons similarly situated,

                Plaintiffs,

-v-

861 REST. INC. d/b/a PARK CAFÉ, CHRISTOS AVERKIOU, and SOFOKELIS DERTOUZOS, jointly and severally,

                Defendants.

CIVIL ACTION NO.: 21 Civ. 7269 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

This action has been referred to the undersigned for settlement. (ECF No. 19). On February 17, 2022, the Court directed the parties to file a joint letter (the "Letter") by no later than April 22, 2022, advising whether a settlement conference with the Court would be productive. (ECF No. 21 (the "Feb. 17 Order")). To date the parties have failed to comply with the Feb. 17 Order. Accordingly, the parties are directed to submit the Letter by no later than **April 27, 2022**.

Dated:    New York, New York
            April 26, 2022

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**