UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO CASTANEDA and THELMA ROSSIO NOLASCO, individually and on behalf of all other persons similarly situated,

                    Plaintiffs,

  -v-

861 REST. INC. d/b/a PARK CAFÉ, CHRISTOS AVERKIOU, and SOFOKELIS DERTOUZOS, jointly and severally,

                    Defendants.

CIVIL ACTION NO.: 21 Civ. 7269 (AT) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Defendants' request to adjourn the Settlement Conference (the "Conference") scheduled for Friday, June 24, 2022 at 10:00 am (ECF No. 25) is GRANTED, and the Conference is ADJOURNED to **Tuesday, September 6, 2022 at 2:00 p.m.** and will take place <u>in person</u>, in Courtroom 18A, 500 Pearl Street, New York, New York. All other terms of the original scheduling order shall remain in effect. (<u>Id.</u>)

Dated:    New York, New York
          June 22, 2022

SO ORDERED.

*/s/ Sarah L. Cave*
**SARAH L. CAVE**
**United States Magistrate Judge**